UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-4710(DSD/RLE)

William Richard Iverson,

       Plaintiff,

v.   **ORDER**

Department of Corrections,
Mental Health and Correctional
Officials, Washington County
Court Judge(s), Court Reporters,
Lori Swanson, Attorney General
State of MN,

       Defendants.

This matter is before the court upon plaintiff William Richard Iverson's pro se objections to the report and recommendation of Chief Magistrate Judge Raymond L. Erickson dated January 7, 2008. In his report, the magistrate judge recommends that petitioner's 42 U.S.C. § 1983 complaint be summarily dismissed pursuant to 28 U.S.C. § 1915A.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Plaintiff objects to the report and recommendation on several grounds but provide no apposite legal authority or argument to support his contentions. Indeed, plaintiff makes no attempt to address the impact of the <u>Rooker-Feldman</u> doctrine on this action. The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of

petitioner's motion.  Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 6] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's complaint [Doc. No. 1] is summarily dismissed pursuant to 28 U.S.C. § 1915A and Federal Rule of Civil Procedure 12(h)(3).

2. This action is not counted as a "strike" for purposes of 28 U.S.C. § 1915(g).

Dated:   January 24, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court
